# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00238-CV

### D. L. and K. M., Appellants

### v.

### The Texas Department of Family and Protective Services, Appellee

---

### FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-11-003636, THE HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

---

### O R D E R

**PER CURIAM**

Appellant D.L. filed his notice of appeal on April 11, 2013. The appellate record was complete May 7, 2013, making appellant's brief due May 28, 2013. To date, appellant's brief has not been filed.

Recent amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore we order counsel to file appellant's brief no later than June 13, 2013. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on May 29, 2013.

Before Justices Puryear, Pemberton and Rose